UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ALESSANDRO ROMA, SR., as Administrator of the
ESTATE OF DENISE M. ROMA a/k/a DENISE
ROMA, individually and as the Natural Guardian
of the Infant, ALESSANDRO ROMA, JR.,

                                    Plaintiff,           **AFFIDAVIT OF SERVICE**

-against-

                                                    Docket No. 13 CV 8390

UNITED STATES OF AMERICA,                Assigned to:
                                                    HON. KENNETH M. KARAS
                                Defendant.

------------------------------------------------------------------x

STATE OF NEW YORK           )
                                    ) ss.:
COUNTY OF WESTCHESTER  )

     ROSE-ANN DiPIETRO, being sworn says: I am not a party to the action, am over 18 years of age and reside at Cortlandt Manor, New York. On December 2, 2013, I served a true copy of the Summons, Complaint and Individual Rules of Practice of the Hon. Kenneth J. Karas in the following manner:

☒    by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

Certified Mail – Return Receipt Requested
7010 2780 0001 8330 1498
United States Attorney for the Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007

Certified Mail – Return Receipt Requested
7010 2780 0001 8330 1504
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

                                                                 _____
                                                                  ROSE-ANN DiPIETRO

Sworn to before me this 2nd
day of December, 2013.

_____
Barry Birbrower
Notary Public – State of New York
Qualified in New York County
Reg. No. 02BI6074061
Commission Expires 5/6/2014